# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-347-GCM

| | |
|---|---|
| BEVERLY DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS ORDERED that a hearing on the Cross Motions for Summary Judgment will be held telephonically on **October 21, 2020 at 2:00 p.m.** in Charlotte, North Carolina. Instructions for calling in will be communicated via email at a later date.

IT IS SO ORDERED.

Signed: September 23, 2020

Graham C. Mullen
United States District Judge