IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-00347-GCM

| BEVERLY DAVIS, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW M. SAUL, | |
| Defendant. | |

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS ORDERED that the telephonic hearing on the Cross Motions for Summary Judgment, which was set for October 21, 2020 at 2:00 p.m. is hereby CANCELED.

IT IS FURTHER ORDERED that the hearing will be rescheduled at a later date.

SO ORDERED.

Signed: October 14, 2020

Graham C. Mullen
United States District Judge