IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19CV347-GCM

| | | |
|---|---|---|
| BEVERLY DAVIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDREW W. SAUL, Commissioner | ) | |
| of Social Security, | ) | |
|     Defendant. | ) | |

This matter is before the Court upon both the Plaintiff and Defendant's Motions for Summary Judgment. The Court held a hearing in this matter on November 19, 2020. For the reasons stated in the hearing,

IT IS THEREFORE ORDERED THAT the Plaintiff's Motion for Summary Judgment is DENIED, the Commissioner's Motion for Summary Judgment is GRANTED, and the decision of the Commissioner is hereby AFFIRMED.

Signed: November 19, 2020

Graham C. Mullen
United States District Judge